**NEW YORK LIFE INS. CO., Appellant, v. Julius HALPERN, et al., Trustees, Appellees.**

No. 4751.

Circuit Court of Appeals, Third Circuit.

Sept. 30, 1932.

See, also, 47 F.(2d) 935.

Wm. H. Eckert, of Pittsburgh, Pa., Louis H. Cooke, of New York City, and Smith, Buchanan, Scott & Gordon, of Pittsburgh, Pa., for appellant.

Charles H. Sachs, Louis Caplan, and Sachs & Caplan, all of Pittsburgh, Pa., for appellees.

Before WOOLLEY, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

The appellant filed its bill in equity in the court below praying for the cancellation and rescission of two policies of life insurance issued by it in favor of the appellees, Julius Halpern, the insured, and Lillian Halpern and Fidelity Trust Company, as trustees under a certain trust agreement, upon the ground that the said Julius Halpern, in his application, had made certain false and fraudulent answers to questions propounded to him by the appellant's medical examiner relating to Halpern's health and to his examination by physicians. We have carefully examined the testimony and the briefs of counsel, and the opinion and decree of the learned District Judge [57 F.(2d) 200].

The findings of fact are fully supported by the evidence produced in the court below, and, since we find no error in the conclusions of law, the decree dismissing the bill of complaint is affirmed, with costs.

**Jeremiah A. O'LEARY, Plaintiff-Appellant, v. CURTIS PUBLISHING COMPANY, Defendant-Appellee.**

No. 39.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1932.

Frank P. Walsh, of New York City (John T. Ryan, of counsel), for appellant.

Carter, Ledyard & Milburn, of New York City (J. M. Richardson Lyeth and Richard K. Hines, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**C. C. PENNINGTON v. UNITED STATES.**

No. 6152.

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1932.

Charles L. Neely, of Memphis, Tenn., for appellant.

D. D. Maddox, U. S. Atty., of Memphis, Tenn.

PER CURIAM.

Judgment of District Court affirmed.